[No. 26224-0-II.   Division Two.   February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHARLES LOCKE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01755-5, Kitty-Ann van Doorninck, J., entered June 30, 2000. *Affirmed in part* and *reversed in part* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, J.; Morgan, J., concurs separately.

[No. 26328-9-II.   Division Two.   February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JASPER LEEROY BEATY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01072-1, Frederick W. Fleming and Bryan E. Chushcoff, JJ., entered July 17, 2000. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26363-7-II.   Division Two.   February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EDGAR P. ULBRICHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-03125-5, Sergio Armijo, J., entered July 28, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Bridgewater, JJ.

[No. 26409-9-II.   Division Two.   February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MYUNG CHUL CHO, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02061-0, Terry D. Sebring, J., entered August 11, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.